

| | | | |
|---|---|---|---|
| D.J.N. v. G.N. | 1370 WDA 2015<br>Affirmed | 07/07/2016 | FD 97–06360–004<br>(Allegheny) |
| Com. v. Schoen | 1440 WDA 2015<br>Affirmed | 07/07/2016 | CP–53–CR–0000036–2013<br>(Potter) |
| Com. v. Boyd | 2899 EDA 2014<br>Affirmed,<br>Reversed and<br>Vacated | 07/08/2016 | CP–51–CR–1202951–1981<br>(Philadelphia) |
| Com. v. Brooks | 3552 EDA 2014<br>Affirmed,<br>Vacated and<br>Remanded | 07/08/2016 | CP–51–CR–0005373–2010<br>(Philadelphia) |
| Com. v. Mann [7] | 262 EDA 2015<br>Affirmed | 07/08/2016 | CP–23–CR–0004106–2009<br>(Delaware) |
| Com. v. Abraham | 385 EDA 2015<br>Quashed | 07/08/2016 | CP–51–CR–0002871–2012<br>(Philadelphia) |
| Com. v. Hirschfeld | 721 EDA 2015<br>Reversed | 07/08/2016 | CP–51–CR–0004670–2014<br>(Philadelphia) |
| Com. v. Gakhal | 1070 EDA 2015<br>Affirmed | 07/08/2016 | CP–23–CR–0003105–2014<br>(Delaware) |
| Com. v. Judge | 1214 EDA 2015<br>Affirmed | 07/08/2016 | CP–23–CR–0008006–2013<br>(Delaware) |
| Com. v. Williams | 1217 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/08/2016 | CP–51–CR–1221521–1987<br>(Philadelphia) |
| Com. v. Gonzalez | 1280 EDA 2015<br>Vacated and<br>Remanded | 07/08/2016 | CP–51–CR–0012800–2013<br>(Philadelphia) |
| Uncommon Individual Found. v. Wiltshire | 1331 EDA 2015<br>Affirmed | 07/08/2016 | 2015–000404<br>(Delaware) |
| SCF Consulting, LLC v. Barrack, Rodos, & Bacine | 1413 EDA 2015<br>Affirmed | 07/08/2016 | February Term, 2015,<br>No. 1613<br>(Philadelphia) |
| Com. v. Cesar | 1853 EDA 2015<br>Appeal<br>dismissed | 07/08/2016 | CP–39–CR–0005301–2010<br>(Lehigh) |
| Com. v. Moritz | 1858 EDA 2015<br>Affirmed | 07/08/2016 | CP–51–CR–0013333–2013<br>(Philadelphia) |

7. Petition for reargument denied October 03, 2016.